IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHON DOBY,

      Petitioner,

v.                                                                                  Case No.  5D18-1025

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 18, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Rachael E. Reese, Tampa, for Petitioner.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 29, 2016 judgments and sentences rendered in Case Nos. 2015-CF-102862 and 2015-CF-103089, in the Circuit Court in and for Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.

COHEN, C.J., SAWAYA and PALMER, JJ., concur.